# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **EDGAR PEREZ CAMPOS, Individually and on behalf of all others similarly situated,** | § § § § | |
| *Plaintiff*, | § | **MO:20-CV-00102-RCG** |
| **v.** | § § | |
| **W & W ENERGY SERVICES, INC.,** | § | |
| *Defendant*. | § | |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41 and based upon the parties' Stipulation of Dismissal with Prejudice filed on December 20, 2022. (Doc. 63). Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** as follows:

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 21st day of December, 2022.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE